# EXHIBIT "A"

IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA
CRIMINAL

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | NO. MD 1438-2016 |
| | : | |
| v. | : | |
| | : | |
| ALEXANDER MCCLAY WILLIAMS | : | NO. 91 DECEMBER SESSION 1930 |

Frederick J. Stollsteimer, Esquire and
Catherine B. Kiefer, Esquire – Attorneys for the Commonwealth
Robert C. Keller, Esquire – Attorney for Alexander McClay Williams by Susie Carter

### ORDER

AND NOW, this 13th day of June, 2022, upon consideration of Alexander McClay Williams' counseled ... Post Sentencing Motion Seeking a New Trial through his sibling, Susie Carter, filed collectively by the defense and prosecution on May 24, 2022, as well as all that relevant thereto, presented of-record at the hearing thereon,[1] and the record at bar generally applicable to such concerns, it is hereby **ORDERED** and **DECREED** with the agreement of counsel, as well as recognizing and limited solely to the above-captioned matter's most unique and salient circumstances that the instant motion is GRANTED.

BY THE COURT:

_____
Kevin F. Kelly                                J.

---

[1] *See* Hearing Notice dated May 24, 2022. *See also* Motion dated May 24, 2022.