IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OSCEOLA WILLIAMS, SUSAN CARTER and OSCEOLA PERDUE, as Co-Administrators of the Estate of ALEXANDER McCLAY WILLIAMS, Deceased,<br>                  Plaintiffs,<br><br>            v.<br><br>JOSEPH RUTALA, ESQUIRE, As The Administrator of the Estate of OLIVER N. SMITH, Deceased, and as the Administrator of the Estate of MICHAEL TRESTRALL; MARK HALPERN, as Administrator of the Estate of LOUIS A. BLOOM, Deceased; and DELAWARE COUNTY,<br>                  Defendants. | CIVIL ACTION<br><br>NO.  24-2132 |

# O R D E R

**AND NOW**, this 21st day of May, 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 7), Plaintiffs' response (ECF No. 8), and the replies thereto, **IT IS ORDERED** that:

1. The Motion to Dismiss the Wrongful Death (Count I) and Survival (Count II) claims is **GRANTED** and those claims are **DISMISSED**. However, Plaintiff may amend their complaint within 14 days of this Order to address the deficiencies of these claims.

2. Defendants' Motion to Dismiss the § 1983 Municipal Liability Claim against Defendant Delaware County (Count X) is **DENIED**.

3. The Court holds the § 1983 claims against the Individual Defendants (Counts III-IX, XI) in abeyance unless and until Plaintiff submits a more definite statement on the issue of qualified immunity pursuant to Federal Rule of Civil Procedure 12(e). Plaintiffs have 14

days from the date of this Order to do so, after which time Defendants shall have 14 days to submit an amended Motion to Dismiss, if they so choose.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**

Case 2:24-cv-02132-KBH    Document 23    Filed 05/21/25    Page 2 of 2