IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OSCEOLA WILLIAMS,<br>SUSAN CARTER and<br>OSCEOLA PERDUE, as Co-Administrators of the Estate of<br>ALEXANDER McCLAY WILLIAMS,<br>Deceased,<br>              Plaintiffs,<br><br>            v.<br><br>JOSEPH RUTALA, ESQUIRE, As The Administrator of the Estate of OLIVER N. SMITH, Deceased, and as the Administrator of the Estate of MICHAEL TRESTRALL;<br>MARK HALPERN, as Administrator of the Estate of LOUIS A. BLOOM, Deceased; and<br>DELAWARE COUNTY,<br>              Defendants. | CIVIL ACTION<br><br>NO.  24-2132 |

**O R D E R**

**AND NOW**, this 24th day of October, 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 26), Plaintiffs' response (ECF No. 27), and the reply thereto (ECF No. 28), **IT IS ORDERED** that:

1. The Motion to Dismiss Counts V and VIII for failure to state a claim are **GRANTED** and those claims are **DISMISSED**.

2. Defendants' Motion to Dismiss Counts I and II is **DENIED**.

3. The Individual Defendants are entitled to qualified immunity for Count III as it relates to the Fourth Amendment and for Count IV as it relates to the use of fabricated evidence at trial.

4. Defendants' Motion to Dismiss is otherwise **DENIED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

---
**HODGE, KELLEY B., J.**