# MARRONE
### LAW FIRM, LLC

Joseph M. Marrone | Christopher M. Marrone | Michael D. Pomerantz | Keir Bradford-Grey | Brian M. Marchese | Emily B. Barkann

| Admitted in PA, NJ & NY | Admitted in PA & NJ (Of Counsel) | Admitted in PA & NJ | Admitted in PA | Admitted in PA & NJ | Admitted in PA |

May 1, 2026

***Via ECF Only***
The Honorable Kelly Brisbon Hodge
United States District Court
Eastern District of Pennsylvania
15614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

   **Re:** **Estate of Alexander Williams v. Delaware County, et al.**
     **Docket No. 24-cv-02132-KBH**

Dear Judge Hodge:

Pursuant to the Court's Order of April 20, 2026 (ECF No. 59), the parties are providing the court with a status update regarding the scheduling of the final witness deposition in this case. The witness will be Plaintiff/Administrator Osceola Perdue, and the deposition will take place via Zoom on Thursday, May 7, 2026, at 1:00 P.M.

Pursuant the Court's Order referenced above, Motions for Summary Judgment and *Daubert* motions (if any) will be filed on or before June 6, 2026.

Thank you for your kind attention to this matter.

Respectfully submitted,

*/s/Michael D. Pomerantz*

Michael D. Pomerantz

cc:  Jack Larkin, Esq (via ECF)